FILED BY _____ C.C.

# IN THE UNTED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE,
### WESTERN DIVISION
### AT MEMPHIS

05 MAY 11 AM 11:18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| THE BOARD OF PUBLIC UTILITIES OF THE CITY OF RIPLEY, TENNESSEE d/b/a RIPLEY POWER & LIGHT COMPANY,<br><br>PLAINTIFF,<br><br>VS.<br><br>MACDONALD'S INDUSTRIAL PRODUCTS, INC. and ROBERT E. MACDONALD,<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 05-2212Ma P<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held May 19, 2005. Present were Larry Cash and Lewis Cobb, counsel for plaintiff; and Hubert Jones and John Golwen counsel for defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT to Fed.R.Civ.P. 26(a)(1): May 13, 2005, to be supplemented, if necessary, within fourteen days after the Rule 16(b) Conference.

JOINING PARTIES: for plaintiff, July 19, 2005
for defendants, August 22, 2005

AMENDING PLEADINGS: for plaintiff, August 22, 2005.
for defendants, September 22, 2005.

INITIAL MOTIONS TO DISMISS: August 22, 2005.
COMPLETING ALL DISCOVERY: April 17, 2006.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  5-12-05

7

(a) DOCUMENT PRODUCTION:   April 17, 2006.

(b) DEPOSITIONS, INTERROGATORIES and REQUESTS FOR ADMISSIONS: April 17, 2006

(c) EXPERT DISCLOSURE (Rule 26):

   (1) PLAINTIFF'S RULE 26 EXPERT INFORMATION: January 17, 2006
   (2) DEFENDANTS' RULE 26 EXPERT INFORMATION: FEBRUARY 17, 2006
   (3) EXPERT WITNESS DEPOSITIONS: April 17, 2006

FILING DISPOSITIVE MOTIONS: May 17, 2006.

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served within the discovery deadline or within 30 days of the default or the service of the response, answer or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer or objection shall be waived.

This case is ~~not set for trial at this time~~ set for a non-jury trial (TMP). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated by counsel that the case will last three (3) days.

The parties will notify the Court if they later determine that this case is appropriate for ADR.

2

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by the order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. Pham
UNITED STATES MAGISTRATE JUDGE

DATE: 5/11/05

S:\Hbj\J05-0110.058\ORD02.(Sch)pld.doc

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02212 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Larry L. Cash
MILLER & MARTIN, PLLC
1000 Volunteer Building
832 Georgia Ave.
Chattanooga, TN 37402

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Mark W. Smith
MILLER & MARTIN PLLC
1000 Volunteer Building
832 Georgia Ave.
Chattanooga, TN 37402

Hubert B. Jones
JONES HAMILTON & LAY, P.L.C.
P.O. Box 763
Dyersburg, TN 38025--076

Honorable Samuel Mays
US DISTRICT COURT